STATE of Missouri, Respondent,

v.

Juan Manuel YEPEZ, Jr., Appellant.

No. WD 62086.

Missouri Court of Appeals,
Western District.

Oct. 28, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 2003.

Application for Transfer Denied
Jan. 27, 2004.

James Armin Rust, Lexington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Breck Burgess, Asst. Attorneys General, Jefferson City, for respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Juan Yepez appeals his conviction of trafficking in the second degree, for which

he was sentenced to a thirteen year prison term. Yepez contends that his conviction was based on evidence obtained in an illegal search. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).